**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| **v.** § § | **CASE NO. 5:21-cr-14 (6)** |
| **RODOLFO OBREGON** § | |

<u>**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**</u>

The above-styled matter was referred to the Honorable J. Boone Baxter, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Baxter conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation (Docket No. 382). Judge Baxter recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement. He further recommended that the Court finally adjudge Defendant as guilty of Count 1 of the Indictment. Count 1 of the Second Superseding Indictment charges a violation of 21 U.S.C. § 846, conspiracy to distribute and to possess with intent to distribute at least fifty grams of methamphetamine or at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine. The Court is of the opinion that the Report and Recommendation should be accepted. It is accordingly **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Docket No. 382) is **ADOPTED**. It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's amended plea agreement, the Court finds the Defendant **GUILTY** of Count 1 of the Second Superseding Indictment in the above-numbered

cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to Count 1 of the Second Superseding Indictment.

      **SIGNED this 17th day of April, 2024.**

                                                ROBERT W. SCHROEDER III
                                                UNITED STATES DISTRICT JUDGE

Case 5:21-cr-00014-RWS-JBB   Document 385   Filed 04/17/24   Page 2 of 2 PageID #: 1360